UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| CHRISTOPHER TODD LECOQ, JR. | CIVIL ACTION NO.: |
| VERSUS | JUDGE: |
| AMERICAN INDUSTRIAL TRANSPORT, INC., AMERICAN RAILCAR INDUSTRIES, INC., THE GREENBRIER COMPANIES, INC., AND ITE MANAGEMENT L.P. | MAGISTRATE: |

# NOTICE OF REMOVAL

The Greenbrier Companies, Inc. ("Greenbrier"), improperly named "The Greenbrier Companies," defendant in the above-entitled and numbered cause, removes this matter to this Court, reserving all defenses, and respectfully represents:

1.

On June 22, 2022, a "Petition for Damage" was filed by plaintiff, Christopher Todd LeCoq, Jr., in the 18th Judicial District Court, Parish of West Baton Rouge, State of Louisiana, bearing docket number 47,491, and entitled "Christopher Todd LeCoq, Jr. vs. American Industrial Transport, Inc. d/b/a American Railcar Industries, Inc." (hereinafter "Petition"). Despite the Petition referring to "American Industrial Transport, Inc. d/b/a American Railcar Industries, Inc.," it appears that plaintiff's intent was to name both

Page **1** of **8**

*Christopher Todd LeCoq, Jr. vs. American Industrial Transport, Inc., et al.*

entities as defendants, specifically American Industrial Transport, Inc. ("AITX") and American Railcar Industries, Inc. ("ARI"). Greenbrier was not a defendant

2.

On July 6, 2022, a "First Supplemental and Amending Petition for Damages" ("Amended Petition") was filed naming as additional defendants "The Greenbrier Companies and/or ITE Management L.P."

3.

Greenbrier attaches hereto a copy of the Petition (Ex. 1) and Amended Petition (Ex. 2), along with all of the process, pleadings and orders of which they are aware (Ex. 3).

4.

Plaintiff alleges that on July 8, 2021, he fell while traversing a catwalk on the top of a railcar located on the premises of his employer, Tokai Carbon CB, Ltd., in West Baton Rouge Parish, Louisiana. Plaintiff claims that the railcar was manufactured by one of the four defendants and asserts claims under the Louisiana Products Liability Act, La. R.S. 9:2800.51, *et seq*.

Page **2** of **8**

*Christopher Todd LeCoq, Jr. vs. American Industrial Transport, Inc., et al.*

5.

Greenbrier was served with the Petition the Amended Petition, via Louisiana Long Arm Service, on July 19, 2022. Thus, the time within which Greenbrier is allowed to file this Notice of Removal has not elapsed.

**Jurisdiction and Removal Based Upon Diversity of Citizenship**
**28 U.S.C. § 1332(a) and § 1441**

6.

This Court has original jurisdiction over this action under 28 U.S.C. § 1332, in that it is a civil action wherein the matter in controversy exceeds $75,000.00, per plaintiff, exclusive of interests and costs, and the suit is between citizens of different states and is, therefore, removable under the provisions of 28 U.S.C. § 1441, *et seq*.

7.

As alleged, plaintiff, Christopher Todd LeCoq, Jr., is now, and was at the time he filed the Petition and Amended Petition, a citizen of the state of Louisiana, domiciled in Pointe Coupee Parish (Petition, p. 1, first unnumbered paragraph).

8.

Greenbrier is now, and was at the time plaintiffs' Petition and Amended Petition were filed, a corporation organized under the laws of a state other than Louisiana with its principal place of business located outside the state of Louisiana. Specifically,

Page **3** of **8**

*Christopher Todd LeCoq, Jr. vs. American Industrial Transport, Inc., et al.*

Greenbrier was not and is not a citizen of the State of Louisiana, but is and was a Delaware corporation with its principal place of business in the state of Oregon.

9.

AITX is now, and was at the time plaintiffs' Petition and Amended Petition were filed, a corporation organized under the laws of a state other than Louisiana with its principal place of business located outside the state of Louisiana. Specifically, AITX was not and is not a citizen of the State of Louisiana, but is and was a Delaware corporation with its principal place of business in the state of Missouri.

10.

ARI is now, and was at the time plaintiffs' Petition and Amended Petition were filed, a corporation organized under the laws of a state other than Louisiana with its principal place of business located outside the state of Louisiana. Specifically, ARI was not and is not a citizen of the State of Louisiana, but is and was a North Dakota corporation with its principal place of business in the state of Missouri.

11.

ITE Management L.P. ("ITE") is now, and was at the time plaintiffs' Petition and Amended Petition were filed, a limited partnership organized under the laws of a state other than Louisiana with its principal place of business located outside the state of Louisiana. Specifically, ITE is now, and was at the time plaintiffs' Petition and

Page **4** of **8**

*Christopher Todd LeCoq, Jr. vs. American Industrial Transport, Inc., et al.*

Amended Petition were filed, a Delaware limited partnership and that it does not have any partners, either general partners or limited partners, who are currently domiciled in the state of Louisiana or who were at the time plaintiffs' Petition and Amended Petition were filed domiciled in the state of Louisiana.[1]

12.

Thus, there is complete diversity of citizenship between plaintiffs and the defendants.

**Amount in Controversy pursuant to 28 U.S.C. § 1332 (a)**

13.

Pursuant to article 893 of the Louisiana Code of Civil Procedure, plaintiffs' petition need not demand a specific amount of compensatory damages.

14.

However, plaintiff does allege that the his damages are "expected to exceed Seventy Five Thousand ($75,000.00) Dollars." (Petition, ¶ 19).

15.

Additionally, the court is required to look to the nature of the claims and relief sought and, if necessary, to other evidence for the purpose of evaluating whether the amount in controversy has been satisfied.  Plaintiff's claims that he "suffered a crushed

---

[1] Greenbrier further disputes that ITE is a properly joined defendant in this matter, as, upon information, ITE is merely an investment company and parent company to defendant AITX.

Page **5** of **8**

*Christopher Todd LeCoq, Jr. vs. American Industrial Transport, Inc., et al.*

left wrist, broken left hip, crushed left heel, and other significant injuries which required surgical intervention and which will affect [his] ability to walk properly for the remainder of his life." (Petition, ¶ 8). Plaintiff further claims he "suffered severe and disabling injuries and said injuries have required continued medical treatment and caused [him] to incur past and future medical expenses and to suffer past and future physical pain and suffering, past and future mental anguish pain and suffering, lost wages, economic loss, permanent disability, loss of enjoyment of life, and other losses." (Petition, ¶ 19).

16.

While Greenbrier denies any and all liability to plaintiff, plaintiff's Petition and Amended Petition asserts physical injuries and squarely place such damages in controversy in excess of $75,000, exclusive of interest and costs.

### Consent of All Defendants Named and Served

17.

All defendants who have been properly named and served have consented to this removal; specifically, the consents of ATIX, ARI, and ITE are attached as Ex. 4, Ex. 5, and Ex. 6, respectively.

WHEREFORE, The Greenbrier Companies, Inc. prays that this cause be removed to the Middle District of Louisiana, and that this Court take and assume full and complete

Page **6** of **8**

*Christopher Todd LeCoq, Jr. vs. American Industrial Transport, Inc., et al.*

jurisdiction, and that The Greenbrier Companies, Inc. be granted such further relief as the Court may deem just and proper.

    Respectfully submitted,

/s/Jay M. Jalenak, Jr.
Jay M. Jalenak, Jr. (#20234) T.A.
Alexandra E. Rossi (#35297)
alexandra.rossi@keanmiller.com
Forrest Guedry (#36482)
forrest.guedry@keanmiller.com
Adrienne M. Wood (#38448)
adrienne.wood@keanmiller.com
Kean Miller LLP
400 Convention Street, Suite 700
P.O. Box 3513 (70821-3513)
Baton Rouge, LA 70802
Telephone: (225) 387-0999
Facsimile: (225) 388-9133

***Attorneys for The Greenbrier Companies, Inc.***

Page **7** of **8**

*Christopher Todd LeCoq, Jr. vs. American Industrial Transport, Inc., et al.*

## CERTIFICATE OF SERVICE

I hereby certify that promptly after the Notice of Removal was filed in this Court, a copy of the Notice of Removal and Notice of Automatic Stay were served upon all known counsel, including plaintiff's counsel of record, namely:

> Ralph L. Fletcher
> Ryan J. Chenevert
> Fletcher, Roy & Chenevert, L.L.C.
> 660 Government Street
> Baton Rouge, Louisiana 70802

and that a copy of the Notice of Removal and Notice of Automatic Stay were filed with the Clerk of the 18th Judicial District Court, Parish of West Baton Rouge, State of Louisiana, as required by 28 U.S.C. §1446(e).

Baton Rouge, Louisiana, this 18th day of August 2022.

/s/Jay M. Jalenak, Jr.
*Attorneys for The Greenbrier Companies, Inc.*

Page **8** of **8**

*Christopher Todd LeCoq, Jr. vs. American Industrial Transport, Inc., et al.*