DocuSign Envelope ID: 7C2C839A-C949-4A7F-A79F-3DA9FFB8B014

## ITE'S CONSENT TO REMOVAL

Defendant, ITE Management L.P. ("ITE"), with full reservation of rights, including but not limited to all defenses permitted by Rule 12 of the Federal Rules of Civil Procedure and all other jurisdictional, procedural and venue defenses, as well as defenses to the merits of this action, respectfully provides notice of consent to removal by defendant, The Greenbrier Companies, of the state court lawsuit entitled "Christopher Todd LeCoq, Jr. vs. American Industrial Transport, Inc. d/b/a American Railcar Industries, Inc.," Docket Number 47,491, pending in the 18th Judicial District Court, Parish of West Baton Rouge, State of Louisiana, to the United States District Court for the Middle District of Louisiana.

ITE further confirms that it is now—and was at the time plaintiffs' Petition and Amended Petition were filed—a Delaware limited partnership and that it does not have any partners, either general partners or limited partners, who are currently domiciled in the state of Louisiana or who were at the time plaintiffs' Petition and Amended Petition were filed domiciled in the state of Louisiana.

By: ___Herbert Beigel_____

In the capacity of: __attorney for aitx_____

Date: __8/17/2022 | 6:25:40 PM EDT_____

Exhibit 6
Notice of Removal