UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **CHRISTOPHER TODD LECOQ, JR.** | * | **CIVIL ACTION NO.: 3:22-cv-00569** |
| | * | |
| **VERSUS** | * | **JUDGE: SHELLY D. DICK** |
| | * | |
| **AMERICAN INDUSTRIAL TRANSPORT, INC., AMERICAN RAILCAR INDUSTRIES, INC., THE GREENBRIER COMPANIES, INC., AND ITE MANAGEMENT, L.P.** | *  * | **MAGISTRATE JUDGE: ERIN WILDER-DOOMES** |

### ANSWER, DEFENSES, AND JURY DEMAND OF AMERICAN INDUSTRIAL TRANSPORT, INC., AMERICAN RAILCAR INDUSTRIES, INC., AND ITE MANAGEMENT, L.P. TO PLAINTIFF'S ORIGINAL AND FIRST SUPPLEMENTAL AND AMENDING PETITIONS FOR DAMAGES

Defendants, American Industrial Transport, Inc., American Railcar Industries, Inc., and ITE Management, L.P. (collectively referred to as "Defendants"), assert the following defenses to the Petition for Damages ("Petition") and First Supplemental and Amending Petitions for Damages ("Amended Petition") of Christopher Todd LeCoq, Jr. ("Plaintiff"):

### AFFIRMATIVE DEFENSE NO. 1

Defendants plead the lack of personal jurisdiction pursuant to Federal Rule of Civil Procedure 12(b)(2).

### AFFIRMATIVE DEFENSE NO. 2

Plaintiff fails to state a claim upon which relief may be granted against Defendants.

### AFFIRMATIVE DEFENSE NO. 3

The tank car made the basis of this lawsuit was not defective nor unreasonably dangerous in its construction or design, or manufacture.

## AFFIRMATIVE DEFENSE NO. 4

The railcar made the basis of this lawsuit was neither defective nor unreasonably dangerous in that any warnings or instructions regarding the use, including any reasonable anticipated misuse, of the railcar at issue were adequate. Defendants deny any alteration, modification, or removal of adequate warnings pertaining to the railcar at issue.

## AFFIRMATIVE DEFENSE NO. 5

Defendants aver that any of the Plaintiff's claims related to the design, composition, manufacturer, construction, or warnings related to the railcar at issue are governed by the Louisiana Products Liability Act, La. R.S. 9:2800.51 *et seq*. Defendants affirmatively all defenses set forth in La. R.S. 9:2800.51 *et seq*.

## AFFIRMATIVE DEFENSE NO. 6

Alternatively, Defendants state that the Plaintiff's claims are bar to the extent that the railcar at issue was misused, modified, altered, or subjected to abnormal use after its manufacture.

## AFFIRMATIVE DEFENSE NO. 7

Defendants affirmatively plead the negligence or fault of third parties over whom Defendants had no authority or control.

## AFFIRMATIVE DEFENSE NO. 8

The railcar at issue was not unreasonably dangerous in design and was manufactured to the appropriate design specifications of the customer.

## AFFIRMATIVE DEFENSE NO. 9

Defendants affirmatively plead Plaintiff's comparative negligence, and state that Defendants are entitled to a reduction in any award to the Plaintiff commensurate with Plaintiff's comparative negligence.

## AFFIRMATIVE DEFENSE NO. 10

Defendants complied with any and all applicable statutes, regulations, and standards existing at the time of the manufacture of the railcar at issue.

## AFFIRMATIVE DEFENSE NO. 11

Defendants affirmatively plead the failure of Plaintiff to abide by any applicable warnings or instructions accompanying the railcar as a defense to Plaintiff's claims.

## AFFIRMATIVE DEFENSE NO. 12

Defendants affirmatively plead the learned, intermediary and/or sophisticated consumer doctrine.

## AFFIRMATIVE DEFENSE NO. 13

Defendants affirmatively plead the comparative fault of the Plaintiff.

## AFFIRMATIVE DEFENSE NO. 14

Defendants affirmatively plead that they complied with any applicable statutes, regulations, and standards with regard to the railcar's manufacture, design, and warnings.

## AFFIRMATIVE DEFENSE NO. 15

Defendants affirmatively plead the state-of-the-art doctrine.

AND NOW, DEFENDANTS ANSWER THE PLAINTIFF'S PETITION AND AMENDED PETITION AS FOLLOWS:

## ANSWER TO PLAINTIFF'S ORIGINAL PETITION FOR DAMAGES

1.

Defendants admit that they are foreign corporations, but deny any liability to Plaintiff herein.

2. – 4.

The allegations of Paragraphs 2 - 4 of Plaintiff's Original Petition for Damages are denied for lack of sufficient information to justify a belief therein.

5. – 8.

The allegations of Paragraphs 5 - 8 of Plaintiff's Original Petition for Damages are denied for lack of sufficient information to justify a belief therein.

9. – 19.

The allegations of Paragraphs 9 - 19 of Plaintiff's Original Petition for Damages are denied.

## ANSWER TO PLAINTIFF'S FIRST SUPPLEMENTAL AND AMENDING PETITION FOR DAMAGES

I.

In response to Paragraph I of Plaintiff's First Supplemental and Amending Petition for Damages, Defendants adopt and incorporate by reference as if fully set forth herein its answers and defenses to allegations being realleged in Paragraph I of Plaintiff's First Supplemental and Amending Petition for Damages.

II.

In response to the allegations of Paragraph II of Plaintiff's First Supplemental and Amending Petition for Damages, Defendants admit their corporate status as plead, but deny any liability to Plaintiff herein.

III.

The allegations of Paragraph III of Plaintiff's First Supplemental and Amending Petition for Damages make no new allegations against Defendants; therefore, no answer is required of Defendants.  To the extent that the Court requires an answer of Defendants, then the allegations of Paragraph III of Plaintiff's First Supplemental and Amending Petition for Damages are denied for lack of sufficient information to justify a belief therein.

IV.

Defendants deny the allegations and/or prayers set forth in Paragraph IV of Plaintiff's First Supplemental and Amending Petition for Damages.

**JURY DEMAND**

V.

Defendants request a trial by jury on all issues.

**WHEREFORE**, Defendants, American Industrial Transport, Inc., American Railcar Industries, Inc., and ITE Management, L.P., pray that this answer be deemed good and sufficient and, after all due proceedings are had, that there be judgment rendered in favor of Defendants, dismissing Plaintiff's claims, with prejudice, and at Plaintiff's costs.

RESPECTFULLY SUBMITTED,

BREAZEALE, SACHSE & WILSON, L.L.P.
One American Place, 23rd Floor
Post Office Box 3197
Baton Rouge, Louisiana 70821-3197
Telephone: 225-387-4000
Fax: 225-381-8029
Email: stephen.whalen@bswllp.com
chris.billings@bswllp.com

*/s/Stephen R. Whalen*

Stephen R. Whalen, La. Bar Roll No. 24701
Chris D. Billings, La. Bar Roll No. 31621
*Counsel for Defendants, American Industrial Transport, Inc., American Railcar Industries, Inc., and ITE Management, L.P.*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing has this date been electronically filed with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants.

Baton Rouge, Louisiana, this 15th day of September, 2022.

*/s/Stephen R. Whalen*
**Stephen R. Whalen**