**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **CHRISTOPHER TODD LECOQ, JR.** | * | **CIVIL ACTION NO.: 3:22-cv-00569** |
| | * | |
| **VERSUS** | * | **JUDGE: SHELLY D. DICK** |
| | * | |
| **AMERICAN INDUSTRIAL TRANSPORT, INC., AMERICAN RAILCAR INDUSTRIES, INC., THE GREENBRIER COMPANIES, INC., AND ITE MANAGEMENT, L.P.** | *  * | **MAGISTRATE JUDGE: ERIN WILDER-DOOMES** |

## STIPULATION AND JOINT MOTION TO LIST PROPER PARTY DEFENDANT AND DISMISS AMERICAN RAILCAR INDUSTRIES, INC. AND ITE MANAGEMENT, L.P.

Plaintiff, Christopher Todd LeCoq, Jr., and Defendants, Greenbrier Central, LLC. ("Greenbrier"), American Industrial Transport, Inc. ("AITX"), American Railcar Industries, Inc. ("ARI"), and ITE Management, L.P. ("ITE"), appearing solely for the purpose of this stipulation and motion only and reserving all defenses, move this Court for an order listing American Industrial Transport, Inc. as the real party in interest in place of American Railcar Industries, Inc. and ITE Management, L.P., and stipulate as follows:

1. American Industrial Transport, Inc., American Railcar Industries, Inc., ITE Management, L.P., Greenbrier, and Christopher Todd LeCoq, Jr. stipulate to the following facts:

   A. Without admitting liability to Plaintiff or any damages alleged by Plaintiff, American Industrial Transport, Inc. stipulates that it is the proper party defendant for the claim asserted in Plaintiff's petition to the extent that Plaintiff intends to assert a cause of action against the owner/lessor of the railcar at issue (SHQX42505);

B. On December 5, 2018, ITE acquired American Railcar Industries, Inc. as a wholly owned subsidiary;

C. On April 18, 2019, ITE entered into an agreement with Greenbrier to sell the manufacturing assets of its wholly owned subsidiary, ARI, to Greenbrier, while retaining ARI's leasing assets, as a wholly owned subsidiary;

D. On July 29, 2019, Greenbrier completed its acquisition of the manufacturing assets of ARI;

E. On or about February 3, 2020, Railcar SHQX42505 was manufactured by Greenbrier in Paragould, Arkansas;

F. On April 30, 2020, ARI changed its name to AITX; and

G. On the date of the alleged incident, July 8, 2021, AITX—formerly doing business as ARI—was the lessor of Railcar SHQX42505 to plaintiff's employer, Tokai Carbon CB, Ltd.

**WHEREFORE**, Plaintiff and American Industrial Transport, Inc., American Railcar Industries, Inc., and ITE Management, L.P. pray that American Industrial Transport, Inc. be listed as the real party in interest in place of and for American Railcar Industries, Inc., and ITE Management, L.P., reserving any and all defenses and exceptions of American Industrial Transport, Inc.; and that American Railcar Industries, Inc. and ITE Management, L.P. be dismissed, without prejudice, and with each party to bear its own attorneys' fees and legal costs.

Respectfully submitted,

| | |
|---|---|
| FLETCHER ROY & CHENEVERT, L.L.C.<br>660 Government Street<br>Baton Rouge, Louisiana 70802<br>Telephone: 225-888-8000<br>Fax: 225-387-3142<br>Email: rfletcher@fletcherandroy.com<br>       rchenevert@fletcherandroy.com<br><br>*/s/Ralph L. Fletcher*<br><br>Ralph L. Fletcher, La. Bar Roll No. 16917<br>Ryan J. Chenevert, La. Bar Roll No. 34485<br>*Counsel for Plaintiff, Christopher Todd LeCoq, Jr.* | BREAZEALE, SACHSE & WILSON, L.L.P.<br>One American Place, 23rd Floor<br>Post Office Box 3197<br>Baton Rouge, Louisiana 70821-3197<br>Telephone: 225-387-4000<br>Fax: 225-381-8029<br>Email: stephen.whalen@bswllp.com<br>       chris.billings@bswllp.com<br><br>*/s/Stephen R. Whalen*<br><br>Stephen R. Whalen, La. Bar Roll No. 24701<br>Chris D. Billings, La. Bar Roll No. 31621<br>*Counsel for Defendants, American Industrial Transport, Inc., American Railcar Industries, Inc., and ITE Management, L.P.* |

/s/*Jay M. Jalenak, Jr.*
Jay M. Jalenak, Jr. (#20234) T.A.
jay.jalenak@keanmiller.com
Alexandra E. Rossi (#35297)
alexandra.rossi@keanmiller.com
Forrest Guedry (#36482)
forrest.guedry@keanmiller.com
Adrienne M. Wood (#38448)
adrienne.wood@keanmiller.com
Kean Miller LLP
400 Convention Street, Suite 700
P.O. Box 3513 (70821-3513)
Baton Rouge, LA 70802
Telephone: (225) 387-0999
Facsimile: (225) 388-9133
*Attorneys for Greenbrier Central, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has this date been electronically filed with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants.

Baton Rouge, Louisiana, this 13th day of October, 2022.

/s/*Stephen R. Whalen*
**Stephen R. Whalen**