## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **CHRISTOPHER TODD LECOQ, JR.** | * | **CIVIL ACTION NO.: 3:22-cv-00569** |
| | * | |
| **VERSUS** | * | **JUDGE: SHELLY D. DICK** |
| | * | |
| **AMERICAN INDUSTRIAL TRANSPORT, INC., AMERICAN RAILCAR INDUSTRIES, INC., THE GREENBRIER COMPANIES, INC., AND ITE MANAGEMENT, L.P.** | *<br>* | **MAGISTRATE JUDGE: ERIN WILDER-DOOMES** |

## JOINT MOTION TO DISMISS

Plaintiff, Christopher Todd LeCoq, Jr.; Intervenor Argonaut Insurance Company (Argonaut), and Defendant, Greenbrier Central, LLC (Greenbrier), move this Court for an order dismissing Plaintiff's claims and Argonaut's intervention against Greenbrier, without prejudice, and with each party to bear their own attorneys' fees and legal costs.

**WHEREFORE**, Plaintiff, Argonaut, and Greenbrier pray for an order dismissing Plaintiff's claims and Argonaut's intervention against Greenbrier, without prejudice, and with each party to bear its own attorneys' fees and legal costs.

Respectfully submitted,

| | |
|---|---|
| FLETCHER ROY & CHENEVERT, L.L.C. | IRWIN FRITCHIE URQUHART MOORE & DANIELS LLC |
| | |
| */s/ Ralph L. Fletcher* | */s/ Gabriel J. Winsberg* |
| Ralph L. Fletcher, La. Bar Roll No. 16917 | JOHN W. SINNOTT (Bar No. 23943) |
| Ryan J. Chenevert, La. Bar Roll No. 34485 | GABRIEL J. WINSBERG (Bar No. 38943) |
| 660 Government Street | 400 Poydras Street, Suite 2700 |
| Baton Rouge, Louisiana 70802 | New Orleans, LA 70130 |
| Telephone: 225-888-8000 | Telephone: (504) 310-2100 |
| Fax: 225-387-3142 | Facsimile: (504) 310-2101 |
| rfletcher@fletcherandroy.com | gwinsberg@irwinllc.com |
| rchenevert@fletcherandroy.com | *Counsel for Argonaut Insurance Company* |
| *Counsel for Plaintiff, Christopher Todd LeCoq, Jr.* | |

>*/s/Jay M. Jalenak, Jr.*
>Jay M. Jalenak, Jr. (#20234) T.A.
>jay.jalenak@keanmiller.com
>Alexandra E. Rossi (#35297)
>alexandra.rossi@keanmiller.com
>Forrest Guedry (#36482)
>forrest.guedry@keanmiller.com
>Adrienne M. Wood (#38448)
>adrienne.wood@keanmiller.com
>Kean Miller LLP
>400 Convention Street, Suite 700
>P.O. Box 3513 (70821-3513)
>Baton Rouge, LA 70802
>Telephone: (225) 387-0999
>Facsimile: (225) 388-9133
>*Attorneys for Greenbrier Central, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has this date been electronically filed with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants.

Baton Rouge, Louisiana, this 11th day of August 2023.

>*/s/ Jay M. Jalenak, Jr*
>**Jay M. Jalenak, Jr.**