UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **CHRISTOPHER TODD LECOQ, JR.** | * | **CIVIL ACTION NO.: 3:22-cv-00569** |
| | * | |
| **VERSUS** | * | **JUDGE:  SHELLY D. DICK** |
| | * | |
| **AMERICAN INDUSTRIAL TRANSPORT, INC., AMERICAN RAILCAR INDUSTRIES, INC., THE GREENBRIER COMPANIES, INC., AND ITE MANAGEMENT, L.P.** | * * | **MAGISTRATE JUDGE: ERIN WILDER-DOOMES** |

## ORDER

Considering the foregoing Joint Motion to Dismiss,

**IT IS HEREBY ORDERED** that all claims of Plaintiff Christopher Todd LeCoq, Jr. and Intervenor Argonaut Insurance Company against Greenbrier Central, LLC be, and the same hereby are dismissed, without prejudice, and with each party to bear its own attorneys' fees and legal costs.

Baton Rouge, Louisiana, this __23rd__ day of _____August_____ 2023.

_____
HONORABLE SHELLY D. DICK
JUDGE, MIDDLE DISTRICT OF LOUISIANA

Jury